Law Offices of
GEORGE C. BOISSEAU
State Bar Number 75872
740 4th Street
Second Floor
Santa Rosa, California 95404
Phone: (707) 578-5636
Fax: (707) 578-1141

Attorney for Defendant
KEVIN LEE DAVIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-98-40082-DLJ |
| Plaintiff, | STIPULATION AND ORDER <u>CONTINUING BRIEFING</u> |
| v. | |
| KEVIN LEE DAVIS, | |
| Defendant. | |

Upon the request of the defendant, KEVIN LEE DAVIS, by and through defendant's counsel of record, George C. Boisseau, and upon agreement of the United States, and good cause appearing because defense counsel has been reviewing hundreds of pages of trial transcripts and exhibits for the past weeks and needs additional time to prepare the pleadings in this case,

The time for filing defendant's pleadings in the above-entitled case is hereby continued for one week, leaving all other dates in place. Defendant's pleading shall be filed on or before September 12, 2011, the government's responsive pleading shall be filed on or before September 30, 2011, and the defendant's reply brief shall be filed on or before October 14, 2011. The hearing shall remain as set October 28, 2011 at 11:00 in the morning.

Dated: September 6, 2011

                                                                    /s/
                                              GEORGE C. BOISSEAU

Attorney for Defendant
KEVIN LEE DAVIS

| | |
|---|---|
| 1 | IT IS SO STIPULATED. |
| 2 | Dated: September 6, 2011 |

                                                           /s/
SUZANNE MILES
Assistant United States Attorney

## ORDER

GOOD CAUSE APPEARING, the time for filing defendant's pleadings in the above-entitled case is hereby continued, leaving all other dates in place. Defendant's pleading shall be filed on or before September 12, 2011, the government's responsive pleading shall be filed on or before September 30, 2011, and the defendant's reply brief shall be filed on or before October 14, 2011. The hearing will remain as set on October 28, 2011 at 11:00 in the morning.

IT IS SO ORDERED.

Dated: September 8, 2011

HON. D. LOWELL JENSEN
U.S. District Judge
Northern District of California